# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. LATZANICH, III,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2346 |
| v. | : | (JUDGE MANNION) |
| **SEARS, ROEBUCK AND COMPANY,** | : | |
| | : | |
| Defendant | : | |
| | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's motions for remand, **(Doc. 6, Doc. 9)**, are **GRANTED**;

**(3)** the instant action is remanded to the Court of Common Pleas of Monroe County; and

**(4)** the Clerk of Court is **DIRECTED TO MARK THIS MATTER CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 24, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2346-01-ORDER.wpd